IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:98cr129-MHT |
| | ) | (WO) |
| IVAN WARE | ) | |

ORDER

Upon consideration of the probation department's petition for and included memorandum in support of early termination of supervised release, describing defendant Ivan Ware's successful compliance with all requirements of supervised release for over four years of his five-year term, and based upon the representation in the memorandum that the government has been contacted and concurs with the recommendation for early termination, it is ORDERED that the petition for early termination of supervised release (doc. no. 160) is granted; that defendant Ivan Ware's supervised release is terminated effective immediately; and that defendant Ware is discharged.

DONE, this the 25th day of August, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE